UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIERNEY O'NEAL ET AL.,

        PLAINTIFFS,

- AGAINST -

WILDLIFE CONSERVATION SOCIETY ET AL.,

        DEFENDANTS.

17-cv-6882 (JGK)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11-13-17

JOHN G. KOELTL, District Judge:

    As stated at the conference held on **November 9, 2017**, the plaintiffs have until **November 20, 2017** to file an Amended Complaint. The defendants have until **December 15, 2017** to move or answer. The plaintiff shall respond to any motion by the defendants by **January 5, 2018,** and the defendants have until **January 15, 2018** to reply.

    Any information required by employment protocols shall be provided by **December 15, 2017.**

Pursuant to an Order of Reference to a Magistrate Judge, filed concurrently with this Order, the case is referred to the Magistrate Judge for purposes of settlement, rather than to the Court's Alternative Dispute Resolution program of mediation.

**SO ORDERED.**

**Dated:**     **New York, New York**
            **November 10, 2017**

_____
John G. Koeltl
**United States District Judge**