UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

TIERNEY O'NEAL, et al.,

                            Plaintiffs,                    17-CV-06882 (JGK)(SN)

           -against-                       **SETTLEMENT
                                                                    CONFERENCE ORDER**

**WILDLIFE CONSERVATION SOCIETY, et al.,**

                            Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      A settlement conference is scheduled for Monday, January 08, 2018, at 2:00 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

      The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at http://www.nysd.uscourts.gov/judge/Netburn. As further explained in my Procedures, all parties – not just the attorneys – must attend the settlement conference in person. The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the *ex parte* Settlement Letter, which is to be submitted by Tuesday, January 02, 2018. Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED**.

                                                                    SARAH NETBURN
                                                                    United States Magistrate Judge

DATED:      November 14, 2017
                 New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/14/2017