**LEBEDIN | KOFMAN LLP**
**ATTORNEYS AT LAW**
**26 BROADWAY, SUITE 2100**
**NEW YORK, NY 10004**
**T (212) 500-3273**
**F (855) 696-6848**

| | |
|---|---|
| ARTHUR LEBEDIN* | * Member N.Y. & N.J. Bar |
| RUSS KOFMAN+ | + Member N.Y. Bar |
| STEPHANNIE MIRANDA^ | ^Member N.Y., N.J. and F.L. Bar |
| CONOR MCNAMARA+ | + Member N.Y. Bar |
| GRACE GUO* | |

**Submitted via ECF only**
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re: Tierney O'Neal and Justine Wilber v. Wildlife Conservation, *et al.* 1:17-CV-6882(JGK)

Your Honorable Judge Koeltl,

The Law Office of Lebedin Kofman LLP represent the Defendant, Atu Marshall, in his individual capacity in this matter.

We are writing this letter to confirm with the Court, that the new proposed scheduling order, dated November 30th, 2017, also applies to our client? To avoid any scheduling issues, we respectfully request that the Court include us in the new proposed Scheduling Order.

Please feel free to contact our office at your convenience on 212-500-3273

Yours truly

_____/s/_____
Conor McNamara, Esq.