```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 6-26-18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TIERNEY O'NEAL, et al.,
                      Plaintiffs,

           -against-

WILDLIFE CONSERVATION SOCIETY, et al.,
                      Defendants.
------------------------------------------------------------X

17 civ 6882 (JGK)

## ORDER

A pre-motion conference will be held on **Monday, July 2, 2018, at 4:30pm.**

**SO ORDERED.**

_____
JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
        June 26, 2018