```
UNITED STATES DISTRICT COURT              USDC SDNY
SOUTHERN DISTRICT OF NEW YORK             DOCUMENT
                                          ELECTRONICALLY FILED
                                          DOC# _____
TIERNEY O'NEAL, ET AL.,                   DATE FILED: 7-3-18

                     Plaintiffs,
                                          17-cv-6882 (JGK)
       - against -

WILDLIFE CONSERVATION SOCIETY, ET
AL.,

                     Defendants.
```

## AMENDED CIVIL SCHEDULING ORDER

JOHN G. KOELTL, District Judge:

1. The plaintiff is required to complete document production in response to the outstanding Rule 34 requests by **July 9, 2018**.

2. All discovery, including expert discovery, is to be completed by **September 14, 2018**.

3. Dispositive motions, if any, are due by **October 5, 2018**.

4. If no dispositive motion is made, a joint pretrial order, together with any motions in limine, requests to charge, and proposed voir dire, shall be submitted by **October 26, 2018**. The parties shall be ready for trial on 48 hours notice on or after **November 9, 2018**.[1]

---

[1] At any time **after the ready for trial date**, counsel must notify the Court and their adversaries in writing of any potential scheduling conflicts, including, but not limited to, trials and vacations, that would prevent a trial at a particular

5. If an additional summary judgment motion is made, the joint pretrial order, together with any motions in limine, requests to charge, and proposed voir dire, is due 21 days after a decision on the motion. Responses and objections to the jury materials are due 7 days after the joint pretrial order is filed. The parties shall be ready for trial on 48 hours notice 21 days after the joint pretrial order is filed.

**SO ORDERED.**

Dated:   New York, New York
         July 2, 2018

_____
John G. Koeltl
**United States District Judge**

---

time. Such notice must come **before** counsel are notified by the Court of an **actual trial date, not after.** Counsel should notify the Court and all other counsel in writing, at the earliest possible time of any particular scheduling problems involving out-of-town witnesses or other exigencies.