UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIERNEY O'NEAL and JUSTINE WILBER,

    Plaintiffs,

- against -

WILDLIFE CONSERVATION SOCIETY, ATU MARSHALL, DENISE MCCLEAN, ZULMA RIVERA and CRAIG PIPER

    Defendants.

1:17-Cv-6882 (JGK)

**PROPOSED SCHEDULING ORDER**

The parties propose that the Court's Scheduling Order filed September 8, 2018 be modified as follows:

1. All expert discovery including Parties' expert reports and depositions, witness lists and identification of documents pursuant to Fed. R. Civ. P. 26(a)(2), (3) and 35(b), is to be completed by **November 13, 2018**.

2. Dispositive motions are to be made by **December 14, 2018.**

3. Opposition to dispositive motions are to be made by **January 11, 2019.**

4. Replies to dispositive motions are to be made by **January 25, 2018.**

SO ORDERED:

Dated:    October _____, 2018

_____

Hon. John G. Koeltl, District Judge